81,011-02



Bill Miller
Judge Presiding
5th Judicial District Court

March 24, 2015

RECEIVED IN
COURT OF CRIMINAL APPEALS
MAR 3 0 2015
Abel Acosta, Clerk

Mr. Abel Acosta
Clerk of the Court
Court of Criminal Appeals
P.O. Box 12308, Capitol Station
Austin, Texas 78711

Re:  Bristow, Roy Durwood
     CCA No. WR-81,011-02
     Trial Court Case No. 2011F00150-A

Dear Mr. Acosta:

I am in receipt of your correspondence dated March 12, 2015 regarding the above referenced matter. Please accept this correspondence as a Motion for Extension of Time to produce a supplemental record on this matter as remanded for a determination of additional facts.

Your correspondence of March 12, 2015 is the first time this matter has been brought to my attention. On January 8, 2015, I was appointed to fill the vacancy left by Judge Ralph Burgess who assumed the duties of his office on the 6th Court of Appeals January 1, 2015. I have spoken to Justice Burgess and he indicates he has no present recollection of the Writ or the Court's remand for further proceedings. As indicated, this judge was not aware of the remand that was issued prior to assuming the duties of this office. Like the trial court, the District Clerk and District Attorney only assumed office on January 1, 2015 and neither of them has indicated they were aware of this pending matter prior to your letter of March 12, 2015. Accordingly, please present this correspondence to the Court for an extension of time to comply with the Court's remand for determination of additional facts.

Should you have any further questions for the trial court, please do not hesitate to contact me.

Very Truly Yours,

Bill Miller, Judge Presiding
5th Judicial District Court

WWM/
cc: Cass County District Clerk
    Cass County District Attorney's office
    Roy Durwood Bristow